# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONNIE DEAN AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-10-800-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on May 24, 2011, wherein he recommended that defendant's final decision denying plaintiff's concurrent applications for disability insurance and supplemental security income benefits be reversed and remanded for further administrative proceedings. Magistrate Judge Purcell advised the parties of their respective right to file an objection to the Report and Recommendation on or before June 13, 2011.

To date, the court has not received any objection to the Report and Recommendation. Likewise, it has not received any application for an extension of time to file an objection. With no objection being filed within the time prescribed by Magistrate Judge Purcell, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell, filed May 24, 2011 (doc. no. 16) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue,

Commissioner of Social Security Administration, denying plaintiff, Ronnie Dean Austin's concurrent applications for disability insurance and supplemental security income benefits is **REVERSED** and **REMANDED** for further administrative proceedings.

DATED June 14, 2011.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0800p002.wpd